CATHERINE MURPHY, Respondent, *v.* MOLLIE LIFSCHITZ et al.,
Appellants, et al., Defendants.

Submitted May 23, 1945; decided July 19, 1945.

*A. Harry Weissman* for appellants.

*Rachel B. Backer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and DYE, JJ. THACHER, J., dissents and votes for modification of the judgment by reducing it to $234.71 upon the ground that there was no evidence that upon reasonable effort the goods sold could not have been procured at some price.